```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PATRICIA           KENNEDY,
individually,

       Plaintiff,

v.                                  Case No: 2:16-cv-635-FtM-99MRM

SWF INVESTMENTS, L.L.C.,

       Defendant.

### ORDER TO SHOW CAUSE

    This matter comes before the Court on review of the file.  A Clerk's Entry of Default as to defendant SWF Investment, LLC was entered on April 18, 2017 (Doc. #21).  The docket reflects no further activity since that date.  "When service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed. R. Civ. P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), and shall then proceed without delay to apply for a judgment pursuant to Rule 55(b) . . ."  M.D. Fla. R. 1.07(b).  Plaintiff will be required to show cause for failure to prosecute.

    Accordingly, it is now

    **ORDERED:**

Plaintiff shall show cause within **SEVEN (7) DAYS** why the case should not be dismissed for failure to prosecute.

**DONE and ORDERED** at Fort Myers, Florida, this __20th__ day of June, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record